Attorney/Debtor Name, Address, Phone, Fax, E-mail

JOYCE J. UEHARA, #3267
98-1247 Kaahumanu Street, Suite 318
Aiea, Hawaii 96701

RECEIVED MAY 24 2007
UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII

for court use only

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF HAWAII**

Case No. 05-04194

Debtor: GARY FRANCIS GABALES
and, if any,
Joint Debtor: CAROLE CHIYO GABALES

Chapter 13

### APPLICATION FOR ORDER TO EMPLOYER TO PAY FUNDS TO TRUSTEE (☐ Amended)

The Debtor/Joint Debtor has a case pending under Chapter 13 of the Bankruptcy Code and agrees to submit wages or other income in the amount below to the supervision and control of the Trustee. The Debtor/Joint Debtor hereby requests that such portion of wages or other income be paid directly to the Trustee by the employer identified below.

Dated: 5/23/07

Signature of Debtor / Joint Debtor / Attorney

### ORDER (☐ Amended)

**IT IS HEREBY ORDERED:**

Name and address of employer of ☒ Debtor ☐ Joint Debtor

Masterguard, Inc.
544 Ohohia St.
Honolulu, Hawaii 96819

is directed, until further court order or until notification by the court or the Trustee that this case has been converted to another chapter under the Bankruptcy Code or has been dismissed, to deduct monthly from wages or other income the amount below and to pay such sum, whether monthly, bimonthly, biweekly or weekly, to the Trustee.

Amount:

$ 400.00

Howard M.S. Hu, Chapter 13 Trustee
1132 Bishop Street, Suite 301
Honolulu, Hawaii 96813

Payroll deductions for matters such as current income tax withholding, social security, disability, insurance premiums, union dues and mandatory retirement contributions, are not affected by this order and may be continued. Funds sent to the Trustee shall be identified with the Debtor's name and case number. The employer shall notify the Trustee promptly of any change in employment status affecting compliance with this order.

Dated: MAY 30 2007

United States Bankruptcy Judge

hib_1322a1     3/03

U.S. Bankruptcy Court - Hawaii   #05-04194   Dkt # 45   Filed  05/30/07   Page 1 of 1